*In re* Extensión de Términos por Motivo de Concesión del 26 de Julio de 2011.

*Número:* EM-2011-04          *Resuelto:* 13 de julio de 2011

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial el martes 26 de julio de 2011, libre con cargo a la licencia de vacaciones.

A tal efecto, y por nuestra facultad para reglamentar los procedimientos judiciales al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388–389 del Código Político de 1902 (1 L.P.R.A. secs. 72–73) y se considerará el martes 26 de julio de 2011 como si fuera día feriado. Cualquier término a vencer en ese día, se extenderá hasta el 28 de julio de 2011, próximo día laborable.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*